# PENNINGTON v. MERCHANTS' & PLANTERS' INS. CO.

No. 2196.    Opinion Filed January 7, 1913.

Rehearing Denied February 11, 1913.

*Error from Superior Court, Muskogee County;*
*Farrar L. McCain, Judge.*

Action by W. P. Pennington against the Merchants' & Planters' Insurance Company. Judgment for defendant, and plaintiff brings error. Affirmed.

*Masterson Peyton,* for plaintiff in error.

*Davidson & Williams,* for defendant in error.

Opinion by AMES, C. This case should be affirmed upon the authority of *Shawnee Fire Ins. Co. v. Thompson & Rowell,* 30 Okla. 466, 119 Pac. 985; *Phoenix Ins. Co. v. Ceaphus,* 29 Okla. 608, 119 Pac. 583; *Des Moines Ins. Co. v. Moon,* 33 Okla. 437, 126 Pac. 753.

By the Court: It is so ordered.